UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **1st** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Luis Cardenas** | JOINT DEBTOR: | **Lazara Cardenas** | CASE NO.: |
|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-7049 | Last Four Digits of SS# | xxx-xx-9734 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **1101.71** for months **1** to **11** ;
- B. $ **2132.64** for months **12** to **30** ;
- C. $ **2049.90** for months **31** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **6,000.00** TOTAL PAID $ **2,000.00**
Balance Due $ **4,000.00** payable $ **60.61** /month (Months **1** to **11** )

$ payable $ **175.45** /month (Months **12** to **30** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Select Portfolio Servicing, Inc**    Arrearage on Petition Date  $ **28,674.74**
   Address: Po Box 65250; Salt Lake City, UT 84165
   Arrears Payment $ **241.19** /month (Months **1** to **11** )
   Account No: xxxxxxxxx0603
   Arrears Payment $ **531.05** /month (Months **12** to **60**)
   Regular Payment $ **759.01** / month (Months **1** to **11**)
   Regular Payment $ **1212.88**/ month (Months **12** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-    Total Due  $
Payable  $ _____ /month  (Months __ to __ )  Regular Payment $

Unsecured Creditors: Pay $ **100.98** /month (Months **31** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:**
**Wfhm: Debtor will pay claim directly.**

The Debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

LF-31 (rev. 01/08/10)

The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Luis Cardenas  
Luis Cardenas  
Debtor  
Date:  Feb. 10. 2017

/s/ Lazara Cardenas  
Lazara Cardenas  
Joint Debtor  
Date:  Feb. 10, 2017